Eric F Fagan, SBN #87071
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
efagan@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR YAKAR ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Case No. C 06-05670 PJH |
| ) | |
| GCFS, Inc., a corporation; and GILBERT ) | **REQUEST FOR DISMISSAL AND** |
| WILKES IV, an individual; and DOES 1 ) | **REFUND OF FILING FEE** ; ORDER |
| through 10 inclusive, ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| ) | |

     Plaintiff requests that the Court dismiss the instant action without prejudice and refund his filing fee. The action should have been filed in the Central District. Plaintiff's attorney inadvertently sent it to the Northern District.

Respectfully Submitted,

Dated 10/5/2006

                                    _____/S/_____
                                    Eric F. Fagan, Attorney for Plaintiff

1

**REQUEST FOR DISMISSAL AND REFUND OF FILING FEE**

1 **ORDER**

2    It is ordered that this case be dismissed without prejudice and that the Clerk refund to Plaintiff his

3 $350 filing fee payable to his attorney.

4

5    10/10/06

6    _____
     Honorable



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**REQUEST FOR DISMISSAL AND REFUND OF FILLING FEE**